IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE HORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **01-614-MJR** |
| | ) |
| **DONALD SNYDER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff's motion seeking the imposition of sanctions against Assistant Attorney General Julie L. Morgan. **(Doc. 235).** Plaintiff asserts that Morgan has acted unreasonably and in bad faith by failing to advise the defendants that they are violating the law by keeping plaintiff in indefinite segregation.

Plaintiff's motion has no legal basis and is meritless. Issues surrounding plaintiff's placement at Tamms Correctional Center remain at issue in this case, and plaintiff has no way of knowing what attorney Morgan has advised her clients.

**IT IS THEREFORE ORDERED** that plaintiff's motion for sanctions **(Doc. 235)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: June 7, 2005**            **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**