IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No.  **01-614-MJR** |
| ) | |
| **DONALD SNYDER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

A review of the record reveals several pending, related motions: (1) plaintiff's motion for partial summary judgment relative to defendant Hinsley **(Doc. 248)**; (2) defendant Hinsley's motion to strike plaintiff's second motion for partial summary judgment **(Doc. 250)**; (3) plaintiff's motion to withdraw his first motion for summary judgment relative to defendant Hinsley **(Doc. 252)**; and (4) plaintiff's motion to strike his second motion for partial summary judgment relative to defendant Hinsley **(Doc. 272)**.  In his most recently filed motion plaintiff indicates that, assuming his motions for summary judgment are resolved, he is ready for trial.

**IT IS HEREBY ORDERED** that, for good cause shown:

1. Plaintiff's motion to withdraw his first motion for summary judgment relative to defendant Hinsley **(Doc. 252)** is **DENIED AS MOOT**; Judge Reagan has issued a final ruling relative to that motion **(*see* Docs. 167 and 269)**;

2. Plaintiff's motion to strike his second motion for partial summary judgment relative to defendant Hinsley **(Doc. 272)** is **GRANTED**; the Clerk of Court shall have the record reflect that said motion **(Doc. 248)** is **WITHDRAWN**; and

3. Defendant Hinsley's motion to strike plaintiff's second motion for partial

summary judgment **(Doc. 250)** is **DENIED AS MOOT**, since that motion **(Doc. 248)** was withdrawn by plaintiff.

**IT IS SO ORDERED.**

**DATED: June 8, 2005**              s/ Clifford J. Proud
                                     **CLIFFORD J. PROUD**
                                     **U. S. MAGISTRATE JUDGE**