IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **01-614-MJR** |
| ) | |
| **DONALD SNYDER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiff's "Motion that Questions the Credibility of Defendants Regarding the Present Physical Health of Plaintiff." **(Doc. 299).** Plaintiff compares a March 6, 2001, medical report issued by Dr. Powers indicating that plaintiff has some ventricular hypertrophy, with 2005 interrogatory responses by the defendants purportedly indicating that plaintiff does not suffer from ventricular hypertrophy, and questions whether the defendants are being truthful in their discovery responses.

As the defendants note in their response to the subject motion **(Doc. 304)**, such questions of fact and credibility are for the jury to decide, which will occur when this case goes to trial in the near future.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 299)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: June 22, 2005                    s/ Clifford J. Proud
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**