IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **01-614-CJP** |
| ) | |
| **DONALD SNYDER, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is plaintiff's motion for a temporary restraining order and/or preliminary injunction preventing the defendant Illinois Department of Corrections from vindictively subjecting him to indefinite administrative segregation in retaliation for his litigation activities, false information and past disciplinary history. **(Docs. 279 and 280)**

Since filing the subject motion, plaintiff has withdrawn his retaliation claim about his placement at Tamms Correctinal Center in this case and elected to pursue a similar claim in another case, *Von Perbandt, et al. v. Snyder*, 00-162-GPM. **(Doc. 315).** Plaintiff is now housed at Pontiac Correctional Center, but his motion clearly pertains to his past, and possible future placement at Tamms. **(Doc. 280, p. 3).** Any issues regarding retaliatory placement at Tamms no longer fall within the scope of this action.

**IT IS THEREFORE ORDERED** that plaintiff's motion for a temporary restraining order and/or preliminary injunction **(Doc. 279)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: October 18, 2005              s/ Clifford J. Proud
                                     **CLIFFORD J. PROUD**
                                     **U. S. MAGISTRATE JUDGE**