IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE HORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   Civil No.  **01-614-CJP** |
| | ) |
| **DONALD SNYDER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff's motion for declaratory judgment.  **(Doc. 289)**.  Plaintiff requests that the Court construe the constitutionality of 730 ILCS 5/3-8-7 et seq., as it relates to the placement of plaintiff at Tamms Correctional Center.  Plaintiff has withdrawn his retaliation claim, and only Eighth Amendment claims unrelated to plaintiff's placement at Tamms remain.

**IT IS THEREFORE ORDERED** that plaintiff's motion for declaratory judgment **(Doc. 289)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: October 18, 2005         s/ Clifford J. Proud
                                **CLIFFORD J. PROUD**
                                **U. S. MAGISTRATE JUDGE**