## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE HORTON,** | ) |
| | ) |
| **Petitioner(s),** | ) |
| | ) |
| vs. | )  No. 01-614-CJP |
| | ) |
| **DONALD SNYDER, et al.,** | ) |
| | ) |
| **Respondent(s).** | ) |

### ORDER

IT IS HEREBY ORDERED that the preparation of the transcript of the jury trial held on November 7, 8 and 9, 2005, in the above entitled cause of action be prepared by Court Reporters Barb Kniepmann, Laura Blatz and Jennifer Robertson, and filed with the Clerk of the Court, at the expense of the United States.

**DATED: November 10, 2005**

                                                  **S/Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **United States Magistrate Judge**