**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **EUGENE HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 01-614-CJP |
| ) | |
| **DONALD N. SNYDER, JR., GEORGE** ) | |
| **WELBORN, CHARLES HINSLEY and** ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial. The issued have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **DONALD N. SNYDER, GEORGE WELBORN, CHARLES HINSLEY,** and **ILLINOIS DEPARTMENT OF CORRECTIONS** and against plaintiff **EUGENE HORTON** in accordance with Order entered by Magistrate Judge Clifford J. Proud on March 20, 2006 (Doc. 350.)

Plaintiff shall take nothing from this action.

**DATED** this 22nd day of March, 2006

**NORBERT G. JAWORSKI, CLERK**

BY: S/Angela Vehlewald
Deputy Clerk

Approved by   S/Clifford J. Proud
United States Magistrate Judge
Clifford J. Proud